UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal Action No. 7: 15-019-DCR |
| V. | ) ) ) | and Civil Action No. 7: 21-038-DCR |
| RANDALL CRAIG CARTER, | ) ) | **JUDGMENT** |
| Defendant. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the motion to vacate, set aside, or correct sentence brought pursuant to 28 U.S.C. § 2255 is summarily **DISMISSED**.

2. A Certificate of Appealability shall not issue.

3. The Clerk shall transmit a copy of this Judgment and the corresponding Memorandum Order to the defendant.

4. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

Dated: June 2, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky